1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 875-2300
4  Facsimile:    (415) 281-1350

5  ERIC BALL (CSB NO. 241327)
   eball@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200

9

10 Attorneys for Plaintiff
   INTEL CORPORATION

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15 INTEL CORPORATION, a Delaware          ) Case No. CV 08 1904 EMC
   corporation,                           )
16                Plaintiff,              ) **AMENDED COMPLAINT FOR DAMAGES**
                                          ) **AND INJUNCTIVE RELIEF**
17        vs.                             )
                                          ) **DEMAND FOR JURY TRIAL**
18 ALEX PARK dba INTELCUBE SYSTEMS,       )
                                          )
19                Defendant.             )
                                          )
20                                        )

21      Plaintiff Intel Corporation ("Intel") alleges as follows:

22      1.      This action arises from use of the name and mark "IntelCube" and domain name

23 intelcube.com by Alex Park, doing business as IntelCube Systems ("IntelCube"), in connection with

24 offering retail point of service (POS) software and a variety of computer, networking and Internet

25 related services.

26      2.      By using the identical and world famous trademark INTEL® in its name and mark with

27 the generic term "Cube," IntelCube has caused and is likely to continue to cause confusion that Intel is

28 the source or sponsor of IntelCube's products and services, or that there is an association between Intel

1  and IntelCube.  In addition, IntelCube's acts are causing, and/or are likely to cause, dilution of the

2  INTEL® trademark.  Consequently, Intel seeks injunctive relief and damages under the Lanham Act

3  (15 U.S.C. §§ 1051-1127 *et seq.*), federal false designation of origin law (15 U.S.C. § 1125(a)), the

4  Trademark Dilution Revision Act (15 U.S.C. § 1125(c)), California Business and Professions Code

5  Sections 14245, 14247, and 17200, and the common law doctrines of passing off and unfair

6  competition.

7  **I.     JURISDICTION AND VENUE**

8        3.      This Court has personal jurisdiction over IntelCube because it conducts business in the

9  State of California and, on information and belief, within this judicial district.

10        4.      This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

11  §§ 1331, 1332, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

12  amended, 15 U.S.C. §§ 1051-1127.  The Court has jurisdiction over the state law claims pursuant to 28

13  U.S.C. §§ 1332, 1338(b), and 1367.

14        5.      Venue is proper in this district pursuant to 28 U.S.C. §1391(b).  Plaintiff Intel is

15  headquartered in this district, and a substantial part of the events and injury giving rise to the claims set

16  forth herein occurred in this district.  On information and belief, IntelCube sells its infringing products

17  and services, uses infringing names and marks, and impermissibly uses trademarks and trade names

18  owned by Intel via IntelCube's websites in or into this district.

19  **II.    INTRADISTRICT ASSIGNMENT**

20        6.      Pursuant to Civil L.R. 3-2(c), this action is to be assigned on a district-wide basis

21  because it is an intellectual property action.

22  **III.   THE PARTIES**

23        7.      Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

24  Mission College Boulevard, Santa Clara, California.  Intel is widely recognized as a world leader in

25  high-technology products and services.  Intel's products and services are sold worldwide and

26  throughout the United States, including the Northern District of California.

27        8.      Upon information and belief, Defendant Alex Park dba IntelCube has a residence and

28  principal place of business at 1016 Vaquero Drive, Oxnard, CA 93030.   Via its website at

1  www.intelcube.com, IntelCube offers retail point of service (POS) software and a wide variety of

2  computer and networking services, including computer sales, repair and upgrades; wired and wireless

3  networking services; and website design and hosting.  Upon information and belief, IntelCube has

4  salespeople and customers in California, and targets consumers within this state.

5  **III.    INTEL'S BUSINESS AND MARKS**

6        9.     Intel is a world-famous company that develops, manufactures and sells a wide variety of

7  computing, communications, and Internet-related products and services, including software and

8  networking products and services.  Intel's customers include individual consumers, businesses,

9  schools, and the government.

10       10.    For 40 years, Intel has used INTEL as a trade name, trademark and service mark to

11  identify virtually its entire line of products and services.  INTEL is one of the most valuable and

12  respected names and trademarks in the world, and among the most famous names and trademarks in

13  the technology industry.  Indeed, the Wall Street Journal has regularly recognized the INTEL mark as

14  one of America's most valuable brand names.  Similarly, from 1996 to the present, Fortune Magazine

15  has annually celebrated Intel as one of the top ten "Most Admired Corporations in America" – an

16  honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In

17  2007, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey,

18  with an estimated value of $31 billion.

19       11.    Intel's processors and other technology (including software) have a wide variety of

20  applications, including in retail point of service systems.  Further, Intel offers computer and

21  networking consulting services to businesses through its Intel® Solutions Services division.

22       12.    Intel uses INTEL as its "house mark" on or in connection with virtually every product

23  and service it sells.  Intel also regularly uses its INTEL house mark in conjunction with hundreds of

24  other generic terms as the name of a particular product or service.  Thus, consumers are accustomed to

25  seeing the INTEL mark combined with other generic names to identify products and services that

26  originate from Intel.  In 2007 alone, Intel sold over $38.3 billion of INTEL branded goods and services

27  and, in the last twelve years, Intel has sold over $364 billion of products and services under the INTEL

28  name and mark.

13.     Intel is the owner of numerous U.S. and California trademark registrations for the mark INTEL, including the following:

a.    Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with integrated circuits, registers and semiconductor memories and equipment for the testing and programming thereof.  These registrations, duly and legally issued by the United States Patent and Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these registrations are attached hereto as Exhibits 1 and 2.

b.    Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1, 1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor memories.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 3.

c.    Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October 14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 4.

d.    Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical manuals, pamphlets, user and product manuals, all of which relate to the field of information and data technology and semiconductor devices.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 5.

e.   Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper, note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf balls, golf tees and golf ball markers.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 6.

f.   Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags, gym bags and carry-on bags; towels, and clothing.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 7.

g.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7, 1998, for the mark INTEL for use in connection with, among other things, computer operating system software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia accelerators, video processors, computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems, and computer hardware and software for the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 8.

h.   Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on October 6, 1998, for the mark INTEL for use in connection with printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with and directed to users of, computer operating system software; computer operating programs;

computer system extensions; computer system tools; computer system utilities; computer application software; computer firmware; computer hardware; computer peripherals; computer components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 9.

    i.    Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8, 1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces, necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 10.

    j.    Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8, 1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars, tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders, paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk organizers.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 11.

1          k.   Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

2   1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

3   beach bags, duffel bags, fanny packs, and umbrellas.  This registration, duly and legally issued by the

4   United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

5   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

6   attached hereto as Exhibit 12.

7          l.   Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

8   1999, for the mark INTEL for use in connection with T-shirts, shirts, sweatshirts, jackets, headwear,

9   hats, polo shirts and infant rompers.  This registration, duly and legally issued by the United States

10  Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

11  INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 13.

12         m.     Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

13  July 13, 1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush

14  toys, dolls, bean bags and Christmas tree ornaments.  This registration, duly and legally issued by the

15  United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

16  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

17  attached hereto as Exhibit 14.

18         n.   Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

19  September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

20  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

21  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

22  § 1111.  A copy of this registration is attached hereto as Exhibit 15.

23         o.   Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

24  April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

25  computer hardware, software for use in operating and maintaining computer systems, microprocessors,

26  integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer

27  networking hardware, video circuit boards, apparatus and equipment for recording, processing,

28  receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging

1  and/or enhancing sound, video images, graphics, and data, electronic control boxes for the interface

2  and control of computer and global computer networks with television and cable broadcast equipment,

3  and computer programs for recording, processing, receiving, reproducing, transmitting, modifying,

4  compressing, decompressing, broadcasting, merging, and/or enhancing sound, video, images, graphics,

5  and data. This registration, duly and legally issued by the United States Patent and Trademark Office,

6  is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

7  U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 16.

8             p.  Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

9  2001, for the mark INTEL for use in connection with, among other things, computer hardware and

10  software for use in imaging and photographic applications. This registration, duly and legally issued

11  by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

12  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

13  attached hereto as Exhibit 17.

14             q.  Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

15  2002, for the mark INTEL for use in connection with, among other things, computer hardware

16  installation and repair services, maintenance of hardware for local and wide area computer networks,

17  maintenance of hardware for conference interactive audio-video computer conference systems,

18  education and entertainment services, computer diagnostic services, maintenance and updating of

19  computer software. This registration, duly and legally issued by the United States Patent and

20  Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL

21  mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 18.

22             r.  Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

23  2003, for the mark INTEL for use in connection with, among other things, computer related and

24  communications related services, namely, installation, repair, maintenance, support and consulting

25  services for computer related and communications related goods. This registration, duly and legally

26  issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice

27  of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

28  attached hereto as Exhibit 19.

1    s.   Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

2  December 13, 2005, for the mark INTEL for use in connection with, among other things,

3  semiconductor and microprocessor cartridges, internet and web servers, internet and web caching

4  servers, wireless and remote computer peripherals, computer hardware and software for enabling web

5  portals, computer hardware and software for digital encryption, identification and certification, and

6  computer consultation services, namely, web design and development services.  This registration, duly

7  and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

8  the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

9  registration is attached hereto as Exhibit 20.

10    t.   Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on

11  August 29, 2006, for the mark INTEL for use in connection with, among other things,

12  telecommunication services, namely electronic and digital transmission of data, documents, audio and

13  video via computer terminals.  This registration, duly and legally issued by the United States Patent

14  and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

15  INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 21.

16    u.   Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

17  November 21, 2006, for the mark INTEL for use in connection with, among other things,

18  telecommunications consulting services.  This registration, duly and legally issued by the United States

19  Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

20  INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 22.

21    v.   Intel is the owner of California State Trademark Registration No, 63565, issued on

22  May 15, 1981 for the mark INTEL for use in connection with integrated circuits, registers and

23  semiconductor memories, and test and programming equipment for such products.  This registration,

24  duly and legally issued by the State of California, is valid and subsisting.  A copy of this registration is

25  attached hereto as Exhibit 23.

26    w.   Intel is the owner of California State Trademark Registration No, 94220, issued

27  on June 18, 1991 for the mark INTEL for use in connection with printed material, namely technical

28  manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

1  technology and semiconductor devices.  This registration, duly and legally issued by the State of

2  California, is valid and subsisting.  A copy of this registration is attached hereto as Exhibit 24.

3          x.  Intel is the owner of California State Trademark Registration No, 94221, issued on

4  June 18, 1991 for the mark INTEL for use in connection with integrated circuits, registers and

5  semiconductor memories.  This registration, duly and legally issued by the State of California, is valid

6  and subsisting.  A copy of this registration is attached hereto as Exhibit 25.

7          14.  In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

8  owns a large family of marks that incorporate INTEL as a prominent component of the mark.  For

9  example, in 1991, Intel developed and launched a cooperative advertising and licensing program

10 referred to as the "Intel Inside® Program."  As part of this program, Intel adopted and began to use the

11 trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the

12 "INTEL INSIDE marks").  Additionally, it licensed the INTEL INSIDE Marks to PC manufacturers to

13 communicate to the end customer that its products, such as personal desktop computers, laptop

14 computers and workstations, were designed with genuine Intel microprocessors.  Among Intel's many

15 thousands of OEM ("Original Equipment Manufacturers") licensees worldwide are giants of the

16 computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony.  Intel's OEM licensees

17 have undoubtedly sold many billions of dollars worth of computer products bearing the INTEL

18 INSIDE marks (this ubiquitous mark was changed last year to the INTEL mark).  The combined

19 advertising expenditure by Intel and Intel's licensees under the INTEL INSIDE marks has averaged

20 over one billion dollars for each of the last few years.  Through extensive advertising and promotion by

21 Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE marks have most

22 likely created billions of impressions.

23         15.  Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

24 marks covering goods ranging from computer software and newsletters, to clothing and various sundry

25 items.  Copies of these registrations are attached hereto as Exhibits 26.

26         16.  Intel owns many other trademark registrations for its family of INTEL formative marks.

27 These include:  INTEL STRATAFLASH, INTEL SPEEDSTEP, INTEL XEON, INTEL INSIDE

28 XEON, INTEL INSIDE CENTRINO, INTEL XSCALE, INTEL NETMERGE, INTEL NETBURST

1  and INTEL NETSTRUCTURE.  Copies of these registrations or evidence thereof are attached hereto

2  as Exhibits 27 through 35.

3      17.    Through its extensive use, Intel also owns common law trademark rights in the INTEL

4  name and mark, and its family of INTEL-formative trademarks and service marks, for all of the goods

5  and services and activities identified herein.

6      18.    Intel maintains an Internet site on the World Wide Web at the address

7  http://www.intel.com.  Intel has used its trade name and trademark as an Internet address in order to

8  make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

9  Intel's web site features the INTEL marks and many other INTEL composite marks.

10     19.    As a consequence of the extensive sales, advertising, promotion, and use of the INTEL

11 and INTEL composite marks, Intel has developed enormous recognition for its products and services

12 under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous

13 goodwill under the mark.  The INTEL mark is world renowned, and is a "famous" mark for purposes

14 of 15 U.S.C. § 1125(c)(1).

15 **IV.    INTELCUBE'S BUSINESS**

16     20.    IntelCube offers retail point of service (POS) software and a wide variety of computer

17 and networking services, including computer sales, repair and upgrades; wired and wireless

18 networking services; and website design and hosting.  IntelCube maintains a website at

19 www.intelcube.com.

20     21.    The IntelCube mark wholly incorporates the world-famous INTEL trademark, with the

21 generic word "cube."  The only distinctive portion of the IntelCube name and mark is "Intel," identical

22 in sight and sound to the world famous INTEL mark.  In addition, Intel is informed and believes that

23 IntelCube markets its products and services through similar channels of trade and to similar customers

24 as Intel.

25     22.    Despite Intel's numerous attempts to amicably resolve the dispute, IntelCube has

26 persisted in using the IntelCube trade name and trademark and has refused to voluntarily change its

27 mark, leaving Intel no choice but to file this Complaint.

28

1

2

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

3      23.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

4   1 through 22 of this Complaint.

5      24.    IntelCube either had actual notice and knowledge, or had constructive notice, of Intel's

6   ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to IntelCube's

7   adoption and use of the IntelCube trade name and trademark.

8      25.    Upon information and belief, IntelCube was aware of Intel's business and its INTEL

9   mark and registrations prior to the adoption and use of the IntelCube trade name and trademark.

10     26.    Upon information and belief, IntelCube without Intel's consent, deliberately adopted the

11  IntelCube trade name and trademark in connection with the sale of its goods and services in an attempt

12  to trade on the enormous goodwill, reputation, and selling power established by Intel under the INTEL

13  mark

14     27.    IntelCube's unauthorized use of the IntelCube trade name and trademark falsely

15  indicates to consumers that IntelCube's products and services are in some manner connected with,

16  sponsored by, affiliated with, or related to Intel, Intel's licensees, and the products and services of Intel

17  and Intel's licensees.

18     28.    IntelCube's unauthorized use of the IntelCube trade name and trademark is also likely

19  to cause consumers to be confused as to the source, nature and quality of the goods and services

20  IntelCube is promoting or selling.

21     29.    IntelCube's unauthorized use of the IntelCube trade name and trademark in connection

22  with the sale of its goods and services allows, and will continue to allow, IntelCube to receive the

23  benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of

24  IntelCube's goods and services, not based on the merits of those goods or services, but on Intel's

25  reputation and goodwill.

26     30.    IntelCube's unauthorized use of the IntelCube trade name and trademark in connection

27  with the sale of its goods and services deprives Intel of the ability to control the consumer perception

28

of the quality of the goods and services marketed under the INTEL mark, and places Intel's valuable reputation and goodwill in the hands of IntelCube, over which Intel has no control.

31.    IntelCube has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

32.    Intel has been, is now, and will be irreparably injured and damaged by IntelCube's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125(A))

33.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 32 of this Complaint.

34.    IntelCube's unauthorized use of the IntelCube trade name and trademark falsely suggests that its goods and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

35.    Intel has been, is now, and will be irreparably injured and damaged by IntelCube's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## THIRD CAUSE OF ACTION
## FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(C))

36.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 35 of this Complaint.

37.    The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

38.    IntelCube's unauthorized use of the IntelCube trade name and trademark began after Intel's mark had become famous.

39.    IntelCube's unauthorized use of the IntelCube trade name and trademark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark. IntelCube's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.  IntelCube's acts have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

40.    Intel has been, is now, and will be irreparably injured and damaged by IntelCube's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**
**INJURY TO BUSINESS REPUTATION AND**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE §14247)**

41.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 40 of this Complaint.

42.    IntelCube's unauthorized use of the IntelCube trade name and trademark is likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in violation of the California Business and Professions Code § 14247.

43.    IntelCube willfully intended to trade on Intel's image and reputation and to dilute the INTEL mark and trade name, acted with reason to know, or was willfully blind as to the consequences of its actions.

44.    IntelCube's wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for IntelCube's dilution.

45.    Intel is therefore entitled to a judgment enjoining and restraining IntelCube from engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

**FIFTH CAUSE OF ACTION**
**INFRINGEMENT UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE § 14245)**

46.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 45 of this Complaint.

47.    IntelCube's unauthorized use of the IntelCube trade name and trademark in connection with the sale, offering for sale, distribution or advertising of its goods and services is likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services in violation of California Business and Professions Code § 14245.

48.    Upon information and belief, IntelCube's infringement has been with knowledge of Intel's rights.

49.    Intel has been, is now, and will be irreparably injured and damaged by IntelCube's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**SIXTH CAUSE OF ACTION**
**COMMON LAW PASSING OFF**
**AND UNFAIR COMPETITION**

50.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 49 of this Complaint.

51.    IntelCube's unauthorized use of the IntelCube trade name and trademark constitutes infringement and unfair competition of the INTEL mark in violation of the common law of California.

52.    IntelCube's wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law.

53.    Intel is entitled to a judgment enjoining and restraining IntelCube from engaging in further acts of infringement and unfair competition.

**SEVENTH CAUSE OF ACTION**
**UNFAIR COMPETITION**
**(CAL. BUS & PROF. CODE § 17200)**

54.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 53 of this Complaint.

55.    IntelCube's acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

56.    IntelCube's acts of unfair competition have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for IntelCube's unfair competition.

57.     Intel is entitled to a judgment enjoining and restraining IntelCube from engaging in further unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Intel prays for relief as follows:

1.     Entry of an order and judgment requiring that IntelCube and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the name "IntelCube"; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between IntelCube and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2.     A judgment ordering IntelCube, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which IntelCube has complied with the injunction, ceased all sales of goods and services under the IntelCube trade name and trademark as set forth above;

3.     A judgment ordering IntelCube, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of IntelCube or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the IntelCube trade name and trademark, both alone and in combination with other words or terms;

1          4.       A judgment ordering IntelCube to take all steps necessary to cancel or remove the name

2    "IntelCube, Inc." from the Secretary of State's records in California (and any other states in which

3    IntelCube is licensed to do business) and otherwise take all steps necessary to change IntelCube's

4    business name;

5          5.       A judgment ordering IntelCube to take all steps necessary to cancel the domain name

6    intelcube.com and to remove all references to the IntelCube trade name and trademark from all of its

7    other websites;

8          6.       A judgment in the amount of Intel's actual damages, IntelCube's profits, Intel's

9    reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117 in

10   an amount not less than $50,000.00 (fifty thousand dollars);

11         7.       A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

12   state law as appropriate;

13         8.       A judgment granting Intel such other and further relief as the Court deems just and

14   proper.

15   Dated:   April 24, 2008

                                              Respectfully submitted,
16
                                              FENWICK & WEST LLP
17

18                                            By:   /s/ Jedediah Wakefield

19                                                  Attorneys for Plaintiff
20                                                  INTEL CORPORATION

21                                                  JEDEDIAH WAKEFIELD
                                                    jwakefield@fenwick.com
22                                                  FENWICK & WEST LLP
                                                    555 California Street, 12th Floor
23                                                  San Francisco, CA  94104
                                                    Telephone:  (415) 875-2300
24                                                  Facsimile:   (415) 281-1350

25                                                  ERIC BALL
                                                    eball@fenwick.com
26                                                  FENWICK & WEST LLP
                                                    Silicon Valley Center
27                                                  801 California Street
                                                    Mountain View, CA  94041
28                                                  Telephone:  (650) 988-8500
                                                    Facsimile:   (650) 938-5200

1

## JURY DEMAND

2

Plaintiff hereby requests a trial by jury.

3

Dated:  April 24, 2008

Respectfully submitted,

4

FENWICK & WEST

5

6

By:   /s/ Jedediah Wakefield

7

Attorneys for Plaintiff
INTEL CORPORATION

8

9

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

10

11

12

13

ERIC BALL
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

**10 Year Renewal**

⌐ No. 914,978
Registered June 15, 1971
Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE
CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER
AND CHANGE OF NAME FROM
INTEL CORPORATION (CALIFORNIA
CORPORATION) MOUNTAIN VIEW,
CA

FOR: INTEGRATED CIRCUITS, REG-
ISTERS, AND SEMICONDUCTOR
MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE
3-11-1969.

SER. NO. 72-325,481, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT

# EXHIBIT 2

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

Reg. No. 938,772
Registered July 25, 1972
Renewal Term Begins July 25, 1992

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 26 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

EXHIBIT

# EXHIBIT 3

Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 939,641

Registered Aug. 1, 1972

Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

EXHIBIT

# EXHIBIT 4

Int. Cl.: :

Prior U.S. Cl.:  , 26



# United States Patent Office

**Reg. No. 1,022,563**
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.  95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

# EXHIBIT

# EXHIBIT 5

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1973; IN COMMERCE
8-1-1973.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,951, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 6

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

EXHIBIT

# EXHIBIT 7

Int. Cls.: 18, 2    id 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

EXHIBIT

# EXHIBIT 8

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,171,778

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950521119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 9

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, and 50**

## United States Patent and Trademark Office

**Reg. No. 2,194,121**

**Registered Oct. 6, 1998**

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052-8119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38,
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 10

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 2,251,962
Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 11

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, and 50**

## United States Patent and Trademark Office

Reg. No. **2,251,961**
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525. FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 12

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

## United States Patent and Trademark Office

Reg. No. 2,250,491

Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 13

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,254,525

Registered June 15, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 14

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,531

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS, TOYS, PLUSH TOYS, DOLLS, BEAN BAGS, GAMES, NAMELY, BOARD GAMES, STAND ALONE VIDEO GAMES, AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE 9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 15

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

## United States Patent and Trademark Office

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 16

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS; HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 17

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY, DIGITAL CAMERAS AND PC CAMERAS; COMPUTER HARDWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS; COMPUTER SOFTWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; PHOTO DISCS, NAMELY, CD ROMS FOR USE IN STORING PHOTOGRAPHIC IMAGES; CD ROMS FOR IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; IMAGING SENSORS; INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS; INTERACTIVE VIDEO GAME PROGRAMS; INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 18

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 19

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,742,174
Registered July 29, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT

# EXHIBIT 20

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

## United States Patent and Trademark Office

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

EXHIBIT

EXHIBIT 21

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 3,136,102
Registered Aug. 29, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 22

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,173,391
Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 23



# State of California

## SECRETARY OF STATE

**Trademark Reg. No.** 63565          **Class No.** 9          **Renewal No.** 16828

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**    2200 Mission College Blvd.  Santa Clara, CA  95052
**Date First Used in California:**    March 11, 1969
**Date First Used Anywhere:**    March 11, 1969
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
**Date of Registration:**    May 15, 1981
**Term of Registration Extends to and Includes:**    May 15, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th **day of** May, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-98)                                                                                OSP 99 21639

# EXHIBIT 24



## State of California

## SECRETARY OF STATE

**Trademark Reg. No.** 94220       **Class No.** 16       **Renewal No.** 16856

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**    2200 Mission College Blvd.  Santa Clara, CA  95052
**Date First Used in California:**    August 1, 1973
**Date First Used Anywhere:**    August 1, 1973
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
**Date of Registration:**    June 18, 1991
**Term of Registration Extends to and Includes:**    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th **day of June, 2001**



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)                                                                                         OSP 93 21630

# EXHIBIT 25



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 94221     Class No. 9     Renewal No. 16857
### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd.  Santa Clara, CA  95052
Date First Used in California:    March 11, 1969
Date First Used Anywhere:    March 11, 1969
Description of Trademark:    intel
Description of Goods on Which the Trademark is Used:    Integrated circuits, registers, and semiconductor memories
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001

BILL JONES
Secretary of State

# EXHIBIT 26

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,702,463
Registered July 21, 1992

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,672, FILED 4-22-1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

EXHIBIT

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,705,796
Registered Aug. 4, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
.RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

**Reg. No. 2,179,209**
Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE; COM-
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,188,280
Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950523119.

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE, COMPUTER OPERATING PRO-
GRAMS, COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS, AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION TRANSFER,
TRANSFER, TRANSMISSION AND IMAGE
PROCESSING AND DIGITIZING, COMPUTER
FIRMWARE, COMPUTER HARDWARE, COM-
PUTER PERIPHERALS, INTEGRATED CIR-
CUITS, INTEGRATED CIRCUIT CHIPS, SEMI-
CONDUCTOR PROCESSORS, SEMICONDUC-
TOR PROCESSOR CHIPS, MICROPROCES-
SORS, PRINTED CIRCUIT BOARDS, ELEC-
TRONIC CIRCUIT BOARDS, COMPUTER
MEMORY DEVICES, SEMICONDUCTOR
MEMORY DEVICES, VIDEO CIRCUIT
BOARDS, AUDIO CIRCUIT BOARDS, AUDIO.
VIDEO CIRCUIT BOARDS, VIDEO GRAPHIC
ACCELERATORS, MULTIMEDIA ACCELERA-
TORS, VIDEO PROCESSORS, FAX/MODEMS,
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES, COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS, COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS, COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST.
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-168,100, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

## United States Patent and Trademark Office

**Reg. No. 2,194,122**

**Registered Oct. 6, 1998**

### TRADEMARK
#### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, JOURNALS, OPERATING MANUALS, USERS GUIDES, PAMPHLETS, AND BROCHURES ABOUT, FOR USE WITH AND DIRECTED TO USERS OF, COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS; COMPUTER SYSTEM TOOLS; COMPUTER SYSTEM UTILITIES; COMPUTER APPLICATION SOFTWARE; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; COMPUTER COMPONENTS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; AND COMPUTER HARDWARE AND SOFTWARE FOR DEVELOPMENT, TESTING, PROGRAMMING, AND PRODUCTION OF HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324, 1,723,243, AND OTHERS.

SN 75-160,174, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,198,880

Registered Oct. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH, AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA

ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,102, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,252,046

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATSHIRTS, SWEAT
SUITS, COVERALLS, JACKETS, TIES, HEAD-
WEAR, CARDIGANS, GYM SUITS, HATS, JOG-
GING SUITS, NECKTIES, POLO SHIRTS,
INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–978,306, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,256,061

## United States Patent and Trademark Office

Registered June 22, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–371,546, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,580

Registered July 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
PLUSH TOYS, DOLLS, BEAN BAGS, GAMES,
NAMELY, BOARD GAMES, STAND ALONE
VIDEO GAMES, AND CHRISTMAS ORNA-

MENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 10-0-1995; IN COMMERCE
10-0-1995.

SN 75-371,544, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

## United States Patent and Trademark Office

**Reg. No. 2,289,657**

**Registered Oct. 26, 1999**

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOXES FOR PENS, TAB-
LETS, NOTE CARDS AND PLAYING CARDS,
SELF-ADHESIVE PADS, DESK PADS, AND
CALENDAR PADS, PENS, PENCILS, FOLD-
ERS, PHOTOGRAPH STANDS, RULERS,
MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–978,352, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,451,273
Registered May 15, 2001

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER PERIPHERALS AND ELEC-
TRONIC APPARATUS FOR USE WITH COMPU-
TERS; KEYBOARDS; TRACKBALLS; COMPUTER
MOUSE DEVICES; COMPUTER INPUT DEVICES;
COMPUTER MONITORS; VIDEO APPARATUS; VI-
DEO CIRCUIT BOARDS; APPARATUS AND EQUIP-
MENT FOR RECORDING, PROCESSING,
RECEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND
DATA; COMPUTER UTILITY PROGRAMS; COM-
PUTER OPERATING SYSTEM SOFTWARE; COM-
PUTER PROGRAMS FOR RECORDING
PROCESSING, RECEIVING, REPRODUCING,
TRANSMITTING, MODIFYING, COMPRESSING,
DECOMPRESSING, BROADCASTING, MERGING,
AND/OR ENHANCING SOUND, VIDEO, IMAGES,
GRAPHICS, AND DATA; COMPUTER PROGRAMS
FOR WEB PAGE DESIGN; COMPUTER PROGRAMS
FOR ACCESSING AND USING A GLOBAL COM-
PUTER NETWORK; AND USER MANUALS FOR
USE WITH, AND SOLD AS A UNIT WITH, ALL THE
AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,489, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,547,565
Registered Mar. 12, 2002

## SERVICE MARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, SUP-
PORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION
TECHNOLOGY; DESIGNING AND DEVELOPING

STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT; COMPUTER SOFTWARE,
COMPUTER HARDWARE AND NETWORK DE-
SIGN SERVICES, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,488, FILED 12-31-1997.

PATRICIA HORRALL, EXAMINING ATTORNEY

EXHIBIT

Int. Cls.: **9 and 38**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101, and 104**

**United States Patent and Trademark Office**

Reg. No. 2,942,936
Registered Apr. 19, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER HARDWARE; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; COMPUTER HARDWARE, NAMELY MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY HARDWARE; SEMICONDUCTOR MEMORY HARDWARE; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; COMPUTER NETWORK ROUTERS; HUBS; SERVERS; SWITCHES; COMPUTER FIRMWARE, NAMELY COMPUTER OPERATING SYSTEMS SOFTWARE; COMPUTER HARDWARE, NAMELY FIXED FUNCTION SERVERS; COMPUTER NETWORKING HARDWARE; SEMICONDUCTOR DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR CREATING, FACILITATING, AND MANAGING REMOTE ACCESS TO AND COMMUNICATION WITH LOCAL AREA NETWORKS, VIRTUAL PRIVATE NETWORKS, WIDE AREA NETWORKS AND GLOBAL COMPUTER NETWORKS; ROUTER, SWITCH, HUB AND SERVER OPERATING SOFTWARE; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; COMPUTER SOFTWARE TOOLS FOR THE FACILITATION OF THIRD PARTY SOFTWARE APPLICATIONS; COMPUTER HARDWARE AND SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS; AND MANUALS SOLD AS A UNIT AND DOWNLOADABLE FROM A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

EXHIBIT

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: TELECOMMUNICATIONS VIA A GLOBAL NETWORK OF COMPUTERS WITH THE EXCEPTION OF SATELLITE COMMUNICATIONS; MULTIMEDIA COMMUNICATIONS AND DIGITAL COMMUNICATIONS SERVICES, NAMELY, BROADCAST, TRANSMISSION, AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE AUDIO, VIDEO, AND DIGITAL SIGNALS; ELECTRONIC TRANSMISSION AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE VOICE, DATA, IMAGES, PAGING MESSAGES, FACSIMILES, AND INFORMATION; TELECONFERENCING SERVICES; VIDEOCONFERENCING SERVICES; CHAT ROOM AND INSTANT MESSAGING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,761, FILED 12-30-2002.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,015,061
Registered Nov. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT" AND "4" , APART FROM
THE MARK AS SHOWN.

SER. NO. 78-390,770, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,017,448
Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-
MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT", "EDITION" AND "4", APART
FROM THE MARK AS SHOWN.

SER. NO. 78-390,821, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 27

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,448,044
Registered May 1, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL STRATAFLASH

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE, SEMICONDUC-
TOR DEVICES, COMPUTER MEMORY DEVICES,
SOLID STATE MEMORY DEVICES, FLASH MEM-
ORY DEVICES, SINGLE CELL TRANSISTOR MEM-
ORIES, NON-VOLATILE MEMORY COMPONENTS,
RANDOM ACCESS MEMORY DEVICES, FLASH
MEMORY COMPONENTS, MULTI-LEVEL CELL

FLASH MEMORY COMPONENTS, SINGULAR
AND MULTIPLE BIT PER CELL MEMORY DEVI-
CES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

OWNER OF U.S. REG. NOS. 938,772, 1,022,363,
AND OTHERS.

SN 75-326,640, FILED 7-18-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 28

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,497,572
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-

FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 29

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,594,850

Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS; NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY, ROM, OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS; COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS,
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND

DATA; COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND BROWSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER HARDWARE AND
SOFTWARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND/OR SATEL-
LITE SYSTEMS; DIGITAL AND PC CAMERAS;
HEADSETS; PARTS, FITTINGS, AND TESTING
APPARATUS FOR ALL THE AFORESAID GOODS ;
AND USER MANUALS FOR USE WITH, AND SOLD
AS A UNIT WITH, ALL THE AFORESAID GOODS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-738,459, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 30

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,594,849

Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS, NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY, COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY- ROM- OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY, COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS, COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND ENHANCING
SOUND, VIDEO IMAGES, GRAPHICS, AND DATA;

COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND ENHANCING
SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA;
COMPUTER PROGRAMS FOR WEB PAGE DESIGN;
COMPUTER PROGRAMS FOR ACCESSING AND
BROWSING THE GLOBAL COMPUTER NETWORK
AND INTERCONNECTED COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND SATELLITE
SYSTEMS; DIGITAL AND PC CAMERAS; HEAD-
SETS; PARTS, FITTINGS, AND TESTING APPARA-
TUS FOR ALL THE AFORESAID GOODS ; AND
USER MANUALS SOLD AS A UNIT THEREWITH,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,705,796,
AND OTHERS.

SN 75-738,458, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 31

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,931,701
Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE CENTRINO

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS, COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
SEMICONDUCTOR DEVICES; INTEGRATED CIR-
CUITS; COMPUTER CHIPSETS; COMPUTER MO-
THERBOARDS AND DAUGHTERBOARDS;
MICROCOMPUTERS; COMPUTER WORKSTA-
TIONS, NAMELY, PROCESSORS, CENTRAL PRO-
CESSING UNITS, COMPUTER FURNITURE,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER PERIPHERALS, COMPUTER PRINTERS;
SOFTWARE PROGRAMMABLE MICROPROCES-
SORS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; HANDHELD COMPU-
TERS; COMPUTER PERIPHERALS; PERSONAL DI-
GITAL ASSISTANTS; COMPUTER SOFTWARE FOR
USE IN PROVIDING MULTIPLE USER ACCESS TO
A GLOBAL COMPUTER INFORMATION NET-
WORK FOR SEARCHING, RETRIEVING, TRANS-
FERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER FIRMWARE, NAMELY, COM-
PUTER UTILITY SOFTWARE AND OTHER
COMPUTER SOFTWARE USED TO MAINTAIN
AND OPERATE COMPUTER SYSTEM ALL
STORED IN A COMPUTER'S READ-ONLY MEM-

ORY (ROM) OR ELSEWHERE IN THE COMPU-
TER'S CIRCUITRY, AND OPERATING SYSTEM
SOFTWARE; COMPUTER AND TELECOMMUNI-
CATIONS NETWORKING HARDWARE; COMPU-
TER AND TELECOMMUNICATIONS
NETWORKING SOFTWARE FOR WIRELESS NET-
WORK COMMUNICATIONS AND CONNECTIV-
ITY; NETWORKING SERVERS; COMPUTER
NETWORK ADAPTERS, SWITCHES, ROUTERS
AND HUBS; WIRELESS AND WIRED MODEMS
AND COMMUNICATION CARDS; MOBILE TELE-
PHONES; AND PARTS THEREFOR, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30232963.3,
FILED 7-4-2002, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 1,702,463, 2,188,280,
AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD
CENTRINO IN THE MARK IS "DOILY".

SN 78-195,485, FILED 12-17-2002.

KARLA PERKINS, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,978,463
Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS, COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS AND SEMICONDUCTOR DEVICES; INTEGRATED CIRCUITS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; MICROCOMPUTERS; COMPUTER WORKSTATIONS, NAMELY, PROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER FURNITURE, COMPUTER MONITORS, KEYBOARDS, COMPUTER PERIPHERALS, COMPUTER PRINTERS; SOFTWARE PROGRAMMABLE MICROPROCESSORS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; HANDHELD COMPUTERS; COMPUTER PERIPHERALS; PERSONAL DIGITAL ASSISTANTS; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; COMPUTER FIRMWARE, NAMELY, COMPUTER UTILITY SOFTWARE AND OTHER COMPUTER SOFTWARE USED TO MAINTAIN AND OPERATE COMPUTER SYSTEM ALL STORED IN A COMPUTER'S READ-ONLY MEMORY (ROM) OR ELSEWHERE IN THE COMPUTER'S CIRCUITRY, AND OPERATING SYSTEM SOFTWARE; COMPUTER AND TELECOMMUNICATIONS NETWORKING HARDWARE; COMPUTER AND TELECOMMUNICATIONS NETWORKING SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS AND CONNECTIVITY; NETWORKING SERVERS; COMPUTER NETWORK ADAPTERS, SWITCHES, ROUTERS AND HUBS; WIRELESS AND WIRED MODEMS AND COMMUNICATION CARDS; MOBILE TELEPHONES; PARTS THEREFOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,753, FILED 12-30-2002.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

EXHIBIT

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

## United States Patent and Trademark Office

Reg. No. 3,003,871
Registered Oct. 4, 2005

### SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMMUNICATION SERVICES NAMELY,
PROVIDING WIRELESS ACCESS TO GLOBAL
COMMUNICATIONS NETWORKS; TELECOMMU-
NICATION CONSULTING SERVICES, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

OWNER OF U.S. REG. NO. 2,377,327.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS DOILY.

SER. NO. 78-382,857, FILED 3-11-2004.

DORITT L. CARROLL, EXAMINING ATTORNEY

# EXHIBIT

# EXHIBIT 32

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,756,697
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 33

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

## United States Patent and Trademark Office

Reg. No. 2,784,975
Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
  TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVALSKY, EXAMINING ATTORNEY

EXHIBIT

# EXHIBIT 34

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 2,724,913**
Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
 TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

 FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

 FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

 SN 76-068,772, FILED 6-13-2000.

 SUSAN STIGLITZ, EXAMINING ATTORNEY

# EXHIBIT

# EXHIBIT 35

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,869,653
Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO
PROCESS HOST MEDIA TASKS ON SERVERS;
SWITCHES; ROUTERS; MEZZANINE CARDS; PRO-
CESSOR BOARDS; VPN GATEWAYS; PBX INTE-
GRATION BOARDS; COMPUTER HARDWARE
AND SOFTWARE TO TRANSLATE CALL AND
CONNECTION CONTROL SIGNALS; SWITCHING
HARDWARE DESIGNED TO ROUTE CALLS FROM
ONE NETWORK RESOURCE TO ANOTHER; XML
ACCELERATORS; NETWORKING HARDWARE

FOR MANAGING TRAFFIC AND LOAD BALAN-
CING FOR WEBSITES AND E-COMMERCE SITES,
AND ACCELERATING TRANSACTIONS; VOICE
OVER IP (VOIP) INTERFACE BOARD; CIRCUIT
BOARDS; COMPUTER SOFTWARE FOR PROVID-
ING NETWORK ACCESS; COMPUTER HARD-
WARE FOR WIRELESS APPLICATIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

EXHIBIT