1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 875-2300
4  Facsimile:    (415) 281-1350

5  ERIC BALL (CSB NO. 241327)
   eball@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
9

10 Attorneys for Plaintiff
   INTEL CORPORATION
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEX PARK dba INTELCUBE SYSTEMS,<br><br>　　　　Defendant. | Case No. CV 08 1904 EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ALEX PARK dba INTELCUBE SYSTEMS** |

---

Plaintiff Intel's Notice of Voluntary Dismissal
Without Prejudice

Case No. CV 08 1904 EMC

1   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Intel Corporation hereby voluntarily dismisses the above-captioned action in its entirety WITHOUT PREJUDICE.

The sole defendant, Alex Park dba IntelCube Systems, has not filed an answer or motion for summary judgment in response to Intel Corporation's complaint.

Dated:  July 3, 2008

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ Eric J. Ball

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

ERIC BALL
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County in the state of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ALEX PARK dba INTELCUBE SYSTEMS**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Alex Park dba IntelCube Systems
> 1700 Montevina Circle, Apt. 1411
> Oxnard, CA 93030

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the above is true and correct.

Date: July 8, 2008                                  _Teresa Chow_
                                                    Teresa Chow

PROOF OF SERVICE                                    Case No. CV 08 1904 EMC